UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |
|---|---|

<u>Revised MDL Order No. 18</u>
**(CAC and Rule 12 Scheduling and Structure Proposals)**

The Court hereby orders the following briefing schedule and structure.

**I.     Consolidated Amended Complaint and Rule 12 Motion Schedule**

Having reviewed the parties' proposal, the Court hereby orders the following schedule for the filing of the Consolidated Amended Complaint, Rule 12 motions, and associated briefing.

| Event | Deadline |
|---|---|
| CAC Filed | Friday, December 6, 2024 |
| Bellwether Defendants File Rule 12 Motions to Dismiss | Tuesday, February 4, 2025 |
| Plaintiffs' Opposition Due | Monday, April 7, 2025 |
| Bellwether Defendants' Replies Due | Thursday, May 22, 2025 |
| Oral Argument | To be determined at the May status conference |

**II.    Structure of Rule 12 Motions**

As explained at the October status conference, see [ECF No. 1269, 23:7-10], and set forth in ECF No. 1267, the Bellwether Vendors and Bellwether VCEs/VCECs underneath each Vendor shall submit combined/joint motions, for a total of two motions:

- PBI and PBI's VCEs/VCECs Motion: PBI, Genworth, TIAA, and Milliman/MEMBERS
- Welltok and Welltok's VCEs/VCECs Motion: Welltok, Sutter Health, OFS Healthcare System, Corewell Health, Virginia Mason Franciscan Health, and CHI Health - NE

The Bellwether Vendors and VCEs/VCECs shall have sixty pages for their respective combined motions to dismiss. The Bellwether Plaintiffs shall have sixty pages for their oppositions. The Bellwether VCEs/VCECs underneath each Vendor shall have a thirty-page reply brief.

**SO ORDERED.**

November 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Allison D. Burroughs*
　　　　　　　　　　　　　　　　　　　　　　　ALLISON D. BURROUGHS
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE